IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: February 01, 2010



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-50492/1205250756

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Amelia Marie Rose<br>     Debtor.<br>_____<br>The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Credit Suisse First Boston Mortgage Backed Securites Trust 2003-29 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc.<br>     Movant,<br>  vs.<br><br>Amelia Marie Rose, Debtor, Jill H. Ford, Trustee.<br><br>     Respondents. | No. 2:09-BK-29357-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 11, 2003 and recorded in the office of the Dekalb County Recorder wherein The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Credit Suisse First Boston Mortgage Backed Securites Trust 2003-29 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc. is the current beneficiary and Amelia Marie Rose has an interest in, further described as:

> ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 72 OF THE 16TH DISTRICT, DEKALB COUNTY, GEORGIA:
>
> BEING LOT 18, BLOCK C, RAVENSWAY SUBDIVISION, UNIT TWO, AS SHOWN ON THAT PLAT OF SURVEY RECORDED AT PLAT BOOK 107, PAGE 25, TO WHICH SAID PLAT REFERENCE IS MADE FOR A MORE PARTICULAR DELINEATION OFA METES, BOUNDS AND COURSES DESCRIPTION.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT